UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                            :
:
       - v. -                                     :    CONSENT PRELIMINARY
:    ORDER OF FORFEITURE/
:    <u>MONEY JUDGMENT</u>
ANDREJS PAVLOVS,                                    :
:    S13 16 Cr. 692 (JMF)
          Defendant.                              :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about May 24, 2018, ANDREJS PAVLOVS, (the "Defendant") was charged in a four-count Superseding Information, S13 16 Cr. 692 (JMF) (the "Information") with two counts of conspiracy to commit wire fraud and bank fraud, in violation of Title 18, United States Code, 1349 (Count One and Count Three); one count of conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Two); and one count of aggravated identity theft, in violation of Title 18, United States Code, Section 1028A (Count Four).

        WHEREAS, the Information included a forfeiture allegation as to Counts One through Three seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1), 982(a)(1), 982(a)(2) and 2461(c) and Title 31, United States Code 5317(c)(1), of any and all property, real or personal involved in the offenses, or any property traceable, or which constitutes or is derived from proceeds obtained directly or indirectly as a result of the commission of the offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses;

        WHEREAS, on or about May 24, 2018, the Defendant pled guilty to Counts One through Four of the Information, pursuant to a plea agreement with the Government, wherein the

Defendant admitted the forfeiture allegation with respect to Counts One through Three of the Information and agreed to forfeit to the United States pursuant to Title 18, United States Code, Section Sections 981(a)(1), 982(a)(1), 982(a)(2) and 2461(c) and Title 31, United States Code 5317(c)(1): of any and all property, real or personal involved in the offenses, or any property traceable, or which constitutes or is derived from proceeds obtained directly or indirectly as a result of the commission of the offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $377,405 in United States currency, representing the amount of proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained and property involved in Count Two of the Information; and

WHEREAS, as a result of the acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One and Three of the Information that the Defendant personally obtained and property involved in Count Two of the Information cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorney Thane Rehn of counsel, and the Defendant, and his counsel, Leonardo M. Aldridge, Esq., that:

1. As a result of the offenses charged in Counts One through Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $377,405 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to

the offenses charged in Counts One and Three of the Information that the Defendant personally obtained and property involved in Count Two of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, ANDREJS PAVLOVS and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the "United States Marshals Service" and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of

forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

   7. This Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

   8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[INTENTIONALLY LEFT BLANK]

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____    10/14/2020
Thane Rehn                                                          DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
212-637-2354


ANDREJS PAVLOVS

By: _____    _____
ANDREJS PAVLOVS                                      DATE


By: _____    _____
Leonardo M. Aldridge, Esq.                          DATE
66 Willoughby Street
Brooklyn, NY 11201
787-370-9024

SO ORDERED:


_____        _____
HONORABLE JESSE MATTHEW FURMAN        DATE
UNITED STATES DISTRICT JUDGE

5

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____          _____
    Thane Rehn                                 DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    212-637-2354


ANDREJS PAVLOVS

By: _____pavlovs_____          15/10/2020
    ANDREJS PAVLOVS                             DATE

By: _____          Oct. 15, 2020
    Leonardo M. Aldridge, Esq.                  DATE
    66 Willoughby Street
    Brooklyn, NY 11201
    787-370-9024

SO ORDERED:

_____              10/15/2020
HONORABLE JESSE MATTHEW FURMAN               DATE
UNITED STATES DISTRICT JUDGE

5